## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dmitry Erastov, : 
                Appellant : 
                    : 
           v. :       No. 638 C.D. 2021 
                    : 
City of Philadelphia, Philadelphia : 
Sheriff's Office : 

**PER CURIAM**                  **O R D E R**

NOW, September 14, 2022, upon consideration of Appellant's application for reargument, the application is denied.